IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHERRY RUTHERFORD                                                                PLAINTIFF

VS.                               CASE NO. 3:05CV00023 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Defendant's motion to remand is hereby granted. This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal Access to Justice Act.

SO ADJUDGED this 16th day of March, 2006.


_____
UNITED STATES MAGISTRATE JUDGE