IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHERRY RUTHERFORD                                                    PLAINTIFF

vs.            Civil Case No. 3:05CV00023 HLJ

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                       DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  She seeks compensation for 13.85 hours of work performed by her attorney before the district court in 2005-2006 at the rate of $156.00 per hour; 5.00 hours of work by a paralegal at the rate of $65.00 per hour and expenses in the amount of $13.95.  The Commissioner does not object to the number of hours, the hourly rates submitted by Plaintiff or the requested expenses.

The maximum statutory rate of compensation for work performed by an attorney set forth in § 2412(d)(2)(A)(ii) is $125.00.  The increased rates requested by Plaintiff reflect an agreement between Plaintiff's counsel and the Office of the General Counsel of the Social Security Administration (Plaintiff's Exhibit A) to calculate attorneys' fees on an annualized basis, using the Consumer Price Index for All Urban Consumers (CPI-U).  Accordingly, the court approves an award of fees in the amount of $2485.60 and expenses in the amount of $13.95.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney's fees and expenses in the amount of $2499.55, pursuant to EAJA. The Commissioner is directed to certify said award and pay Plaintiff's attorney this amount. Defendant's motion to substitute Attorney Keith D. Simonson as counsel in this case is hereby granted (DE # 20).

SO ORDERED this 23rd day of June, 2006.

*Henry L. Jones, Jr.*
United States Magistrate Judge